UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE BIRCH, | )<br>) |
|     Petitioner, | )   2:11-cv-00516-GMN-LRL<br>) |
| vs. | )<br>)   <u>ORDER</u> |
| DWIGHT NEVEN, et al., | )<br>) |
|     Respondents. | )<br>/ |

Petitioner has submitted a habeas corpus petition pursuant to 28 U.S.C. § 2254, but has neither paid the required filing fee nor filed an appropriate motion for leave to proceed *in forma pauperis*. The petition cannot be filed without either payment of the required filing fee or a grant of leave to proceed *in forma pauperis* based on a fully complete motion. Petitioner shall be sent the correct pauper form for use should he wish to file a motion for leave to proceed *in forma pauperis* in this action. Accordingly, Petitioner shall be given leave to proceed *in forma pauperis* on a temporary basis.

Petitioner has also filed three motions and submitted various letters related to his petition. These motions shall be addressed once the issue of the filing fee is resolved. The letters, which are inappropriate under F.R.C.P. 7 and 11, shall be stricken from the record.

**IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a set of forms

for a motion to proceed *in forma pauperis*. Petitioner shall have thirty (30) days from the date of the entry of this order within which to either pay the required filing fee, or file a fully and properly completed motion for leave to proceed *in forma pauperis*. The failure to timely do so will result in the dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk shall strike from the docket the letters found at ECF Nos. 4 and 5.

Dated this 21st day of April, 2011.

_____
Gloria M. Navarro
United States District Judge