# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE BIRCH, | |
|     Petitioner, | 2:11-cv-00516-GMN-LRL |
| vs. | |
| | ORDER |
| DWIGHT NEVEN, et al., | |
|     Respondents. | |

      Petitioner has submitted a habeas corpus petition pursuant to 28 U.S.C. § 2254, and the matter of his filing fee remains pending.  However, there appears to be certain matters relevant to the petitioner and his efforts to present his habeas petition to the Court that will be best handled with the assistance of counsel.  The nature of his claims are serious.  Petitioner faces a life sentence without the possibility of parole.   Therefore, in *forma pauperis* status will be granted and the Federal Public Defender for the District of Nevada (FPD) shall be appointed to represent petitioner.  If the FPD is unable to represent petitioner, due to a conflict of interest or other reason, then alternate counsel for petitioner shall be located, and the Court will enter a  separate order appointing  such alternate counsel. In either case, counsel will represent petitioner in all future federal proceedings relating to this matter (including subsequent actions) and appeals therefrom, unless allowed to withdraw.

**IT IS THEREFORE ORDERED** that petitioner's Application to Proceed in *Forma Pauperis* (ECF No. 12) is **granted.**

**IT IS FURTHER ORDERED** that the Motion for Intervention, construed as a Motion for Counsel (ECF No. 13) is **granted.**

**IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the Federal Public Defender for the District of Nevada (FPD) a copy of this Order, together with a copy of the petition for writ of habeas corpus and its attachments (ECF No. 1). The FPD shall have thirty (30) days from the date of entry of this Order to file a notice of appearance or to indicate to the Court its inability to represent petitioner in these proceedings.

**IT IS FURTHER ORDERED** that the Clerk shall **RESUBMIT** this case to the Court after the FPD has appeared as counsel for petitioner, after the FPD has indicated its inability to represent petitioner, or after thirty (30) days from the entry of this Order, whichever occurs first.

**IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this case, the Court will issue a scheduling order, which will, among other things, set a deadline for the filing of a First Amended Petition.

**IT IS FURTHER ORDERED** that all other pending motions (ECF Nos. 2, 8, and 7) are **denied as moot.**

**DATED** this 3rd day of May, 2011.

_____
Gloria M. Navarro
United States District Judge