UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRUCE BIRCH, | ) | |
| Petitioner, | ) | 2:11-cv-00516-GMN-LRL |
| vs. | ) | ORDER |
| DWIGHT NEVEN, et al., | ) | |
| Respondents. | ) | |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner appearing in pro se. The Court has granted in *forma pauperis* status (ECF No. 14) and has appointed counsel to assist petitioner. Counsel has not yet appeared. In the meanwhile, petitioner continues to file miscellaneous motions and documents with the Court. In order to move the matter along smoothly, and in apprehension of the appearance of counsel and the filing of an amended petition, the Court shall deny the pending motions without prejudice or as moot.

Petitioner is advised to await further order from the Court and/or contact from appointed counsel. His concerns will be addressed in the appropriate forum and at the appropriate time.

**IT IS THEREFORE ORDERED** that the duplicate Application to proceed *in forma pauperis* (ECF No. 21) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that all other pending motions (ECF Nos. 16, 18, 19) are **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk shall not accept for filing any additional *pro se* documents pending the appearance of counsel.

**IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** respondents with a copy of the Petition (ECF No. 1), a copy of the Court's Order dated May 3, 2011 (ECF No. 14)

/ / /

1 | **and** a copy of this Order.  **Respondents shall file a notice of appearance by May 26, 2011.**

2 | **DATED** this 10th day of May, 2011.

_____
Gloria M. Navarro
United States District Judge