UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE BIRCH,<br><br>　　　　Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, *et al.,*<br><br>　　　　Respondents. | 2: 11-cv-00516-GMN-LRL<br><br>**ORDER** |

　　　　This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding with the assistance of counsel. On July 22, 2011, respondents filed a motion for an extension of time to file the Court's required Joint Statement on the status of the record. (ECF No. 28.) Good cause appearing, respondents' motion is **GRANTED.** The parties are granted to and including August 5, 2011, to file their Joint Statement.

　　　　**DATED** this 22nd day of July, 2011.

_____
Gloria M. Navarro
United States District Judge