UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRUCE BIRCH, | ) | |
| Petitioner, | ) | 2: 11-cv-00516-GMN-CWH |
| vs. | ) | |
| | ) | **ORDER** |
| DWIGHT NEVEN, *et al.,* | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding with the assistance of counsel. On August 22, 2011, petitioner filed a motion for an extension of time to file the amended petition, seeking an additional sixty days. (ECF No. 32.) Good cause appearing, petitioner's motion is **GRANTED.** The Amended Petition shall be filed on or before November 7, 2011.

DATED this 23rd day of August, 2011.

Gloria M. Navarro
United States District Judge