UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRUCE BIRCH,  )
       )
   Petitioner, )   2: 11-cv-00516-GMN-CWH
       )
vs. )
   ) **ORDER**
DWIGHT NEVEN, *et al.,* )
       )
   Respondents. )

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding with the assistance of counsel. On November 7, 2011, petitioner filed a second motion for an extension of time to file the amended petition, seeking until April 25, 2011. (ECF No. 35.) While counsel provides various reasons for seeking such a long extension of time, the Court is concerned with the delay of the case as well as the apparent lack of progress to the present date. The petitioner shall be granted additional time, to and including February 29, 2012. Counsel is strongly encouraged to meet this deadline and is informed that any further requests will require a hearing on the motion.

**IT IS THEREFORE ORDERED** that petitioner's motion for time (ECF No. 35) is **GRANTED** to the extent that the amended petition will be due on or before **February 29, 2012**.

**IT IS FURTHER ORDERED** that any subsequent motions for extension of time for this purpose shall be addressed at a hearing for purposes of establishing the status of and progress in the case.

DATED this 9th day of November, 2011.

Gloria M. Navarro
United States District Judge