UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE BIRCH,<br><br>           Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, et al.,<br><br>           Respondents. | 2:11-cv-00516-GMN-LRL<br><br>ORDER |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner appearing in pro se. The Court has granted in *forma pauperis* status (ECF No. 14) and has appointed counsel to assist petitioner. Petitioner has filed miscellaneous motions and documents with the Court and a hearing has been set to address motions found at ECF No. 39 through 46. Petitioner has since filed a motion (ECF No. 48) requesting the appointment of an unbiased special master. This motion shall be denied as moot in light of the hearing set for March 22, 2012, to address the issues presented.

Petitioner is advised that no further motions or filings will be accepted directly from him for filing in the matter until after the date of the hearing. Issues raised in the instant motion and those still pending shall be addressed at that time and petitioner will be given an opportunity to address the

Court as to his concerns.

**IT IS THEREFORE ORDERED** that motion to appoint special master (ECF No. 48) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall not accept any further *pro se* filings from petitioner until further order of the Court resolves all pending motions.

**IT IS SO ORDERED**.

DATED this 24th day of February, 2012.

_____
Gloria M. Navarro
United States District Judge

-2-