UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRUCE BIRCH,<br><br>    Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, et al.,<br><br>    Respondents. | 2:11-cv-516-GMN-CWH<br><br>**ORDER** |

The Court granted Glynn B. Cartledge, Esq. "Motion to Withdraw" on April 6, 2012, and ordered the Federal Public Defender appointed. Therefore;

**IT IS HEREBY ORDERED** that the Federal Public Defender is appointed as counsel for Bruce Birch in place of Glenn Cartledge, Esq. for all future proceedings.

**IT IS FURTHER ORDERED** that Ms. Cartledge shall forward the file to the Federal Public Defender forthwith.

**DATED** this 10th day of May, 2012.
**Nunc Pro Tunc: April 6, 2012.**

_____
Gloria M. Navarro
United States District Judge