# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRUCE BIRCH, | ) | |
| Petitioner, | ) | 2:11-cv-00516-GMN-LRL |
| vs. | ) | ORDER |
| DWIGHT NEVEN, et al., | ) | |
| Respondents. | ) | |

Petitioner, who is represented by counsel, has submitted a proper person letter to the Court seeking information about the CJA panel and conflict counsel. ECF No. 66. Because petitioner is represented by counsel, he must address the Court through counsel. No direct communications to the Court will be accepted or addressed. Petitioner is advised to communicate with his court-appointed counsel.

**IT IS THEREFORE ORDERED** that the Clerk shall not accept for filing any additional proper person documents submitted directly by petitioner.

DATED this 6th day of July, 2012.

_____
Gloria M. Navarro
United States District Judge