# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRUCE BIRCH,

    *Petitioner*,

vs.

DWIGHT NEVEN, *et al.*,

    *Respondents*.

2:11-cv-00516-GMN-CWH

ORDER

**IT IS ORDERED** that respondents' motion (#95) for leave to file petitioner's presentence reports under seal is **GRANTED**. The Court finds, in accordance with the requirements of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), that a compelling need to protect the privacy and personal identifying information of petitioner as well as other individuals referenced in the sealed material outweighs the public interest in open access to court records.

**IT IS FURTHER ORDERED** that petitioner's motion (#96) for an extension of time is **GRANTED**, such that the time for petitioner to file a reply to the answer is extended up to and **including December 16, 2013**.

**DATED** this 12th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge